# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                           **CASE NO. 6:19-cr-10117-JWB-3**

**OLUWATIMILEYIN ALOAYE FREDERICK DIYAOLU,**

        **Defendant.**

# INFORMATION

The United States Attorney charges:

### COUNT 1

**Structuring**
**Domestic Financial Institutions**
**31 U.S.C. § 5324(a)(3)**

On or about and between December 2018 through January 2019, in the District of Kansas, the defendant,

**OLUWATIMILEYIN ALOAYE FREDERICK DIYAOLU**

did knowingly and for the purpose of evading the reporting requirements of section 5313(a)

and section 5325 of Title 31, United States Code, and the regulations promulgated thereunder, structure, assist in structuring, and attempt to structure and assist in structuring, transactions with domestic financial institutions.

In violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d); Title 31, Code of Federal Regulations, Sections 1010.100(t), 1010.311, and 1010.313; and Title 18, United States Code, Section 2.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail: *aaron.smith3@usdoj.gov*

# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    v.                      **CASE NO. 19-CR-10117-03-JWB**

**OLUWATIMILEYIN ALOAYE FREDERICK DIYAOLU,**

        **Defendant.**

# PENALTIES

### Count 1

- Punishable by a term of imprisonment of not more than five (5) years. 31 U.S.C. § 5324(d)(1).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.