# Moody, Robert

| | |
|---|---|
| **From:** | Smith, Aaron (USAKS) 2 <Aaron.Smith3@usdoj.gov> |
| **Sent:** | Wednesday, December 14, 2022 9:32 AM |
| **To:** | Moody, Robert |
| **Subject:** | RE: Early Termination of Supervision |

No objection.

**Aaron L. Smith**
**Assistant United States Attorney**
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF KANSAS
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
☎ 316-269-6481 | 🖥 316-269-6484 | ✉ aaron.smith3@usdoj.gov

**From:** Moody, Robert <rjmoody@martinpringle.com>
**Sent:** Wednesday, December 14, 2022 9:29 AM
**To:** Smith, Aaron (USAKS) 2 <ASmith2@usa.doj.gov>
**Subject:** [EXTERNAL] FW: Early Termination of Supervision

Good Morning Aaron,

Please see below regarding Mr. Diyaolu's probation officer not opposing early termination of supervision. Do you have any objection to his supervised release being terminated early?

Thanks.

Robert

**Robert J. Moody**
*Attorney*



**MARTIN PRINGLE ATTORNEYS AT LAW**
645 E. Douglas, Suite 100, Wichita, KS 67202
**T** (316) 265-9311 **F** (316) 265-2955
**E** rjmoody@martinpringle.com
**martinpringle.com**
VIEW BIO | VCARD

**KANSAS | MISSOURI**

**From:** Abby Maracic <Abby_Maracic@ksp.uscourts.gov>
**Sent:** Tuesday, December 13, 2022 11:37 AM

1

**To:** Moody, Robert <rjmoody@martinpringle.com>
**Subject:** RE: Early Termination of Supervision

Good morning,

Mr. Diyaolu began his term of supervision on 6/3/21 and his term expires on 6/2/23. Mr. Diyaolu is in good standing with the probation office. He has maintained stable employment and residence and has reported as directed. He has an outstanding restitution balance of $119,926.00, but he has been making regular monthly payments. Mr. Diyaolu has not had any noncompliance issues while on supervision. The probation office does not have any concerns at this time and does not oppose early termination regarding Mr. Diyaolu.

Please let me know if you need additional information.

Respectfully,

Abby Maracic
U.S. Probation Officer Assistant
500 State Avenue, M-35
Kansas City, KS  66101
Office: (913) 735-2409
Cell: (913) 609-5729
Fax: (913) 735-2402


**From:** Diyaolu Oluwatimileyin <diyaoluoluwatimileyin@outlook.com>
**Sent:** Friday, December 9, 2022 12:15 AM
**To:** Abby Maracic <Abby_Maracic@ksp.uscourts.gov>
**Cc:** rjmoody_martinpringle.com <rjmoody@martinpringle.com>
**Subject:** Early Termination of Supervision

**CAUTION - EXTERNAL:**


Good day Abby,
      I am trying to pursue early termination of supervision per your suggestion a couple of months ago the lawyer helping me file the motion is cc'd on this email and would like to get your thoughts on the matter, confirm you would fully support the motion if filed if you would please work with him to provide the needed information we can get the process underway. His information below;


**Robert J. Moody**

***Attorney***



**MARTIN PRINGLE ATTORNEYS AT LAW**

645 E. Douglas, Suite 100, Wichita, KS 67202

2

**T** (316) 265-9311 **F** (316) 265-2955
**E** rjmoody@martinpringle.com
**martinpringle.com**
VIEW BIO |VCARD

**KANSAS | MISSOURI**

Thank you,
O. Diyaolu

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Confidentiality Notice: Email communication is not a secure method of communication. It may be copied and held by various computers it passes through as it is transmitted, and persons not participating in our communication may intercept our communications. Please notify us immediately if you prefer not to receive communications by email. Because the sender is an attorney or employee of a law firm, the information in this email (including any attachments) may contain information that is confidential and for the sole use of the intended recipient. The information may be protected by the attorney-client privilege, work-product doctrine, or other legal rules. If you are not the intended recipient, you must not read, use, or disseminate this information. If you received this email in error, please call the sender immediately and notify the sender via email that you have received the email in error and are deleting it.